# THE SAMUEL LAW FIRM

ATTORNEYS AT LAW

1441 BROADWAY, SUITE 6085, NEW YORK, NY 10018

PHONE: (212) 563-9884 | FAX: (212) 563-9870 | michael@thesamuellawfirm.com

**MICHAEL SAMUEL** October 29, 2026 ADMITTED IN NY


*Via ECF; Total Pages: 1*
**Via ECF**
The Hon. Jennifer H. Rearden
United States District Judge
United States District Court – Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, New York 10007

***RE: Montero vs. Tacos Cholula Corp.***
***Docket No.: 1:26-cv-05856-JHR***

Dear Judge Rearden:

We represent plaintiff David Montero ("Plaintiff") in the above-referenced action and submit this letter to the Court with the consent of the defendants, Tacos Cholula Corp. d/b/a Tacos Cholula and Alejandro Xochiltecal a/k/a Alejandro Xochiltecal Munoz Junior individually ("Defendants") requesting an adjournment of the October 30, 2026, deadline for submitting the settlement documents to the Court for review and approval.

The parties have worked out the details of the settlement and drafted the settlement agreement. We are currently working on getting the agreement executed and anticipate that will be done within the next two weeks. Therefore, we respectfully request that the Court adjourn the deadline to file the settlement documents to November 16, 2026.

Respectfully submitted,

By: */s/ Michael Samuel*
Michael Samuel, Esq.

Application GRANTED. The parties' deadline to file settlement materials is hereby extended *nunc pro tunc* to **November 16, 2026**. The Clerk of Court is directed to terminate ECF No. 19.

SO ORDERED.

Jennifer H. Rearden

Jennifer H. Rearden, U.S.D.J.
Dated: November 2, 2026